REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16CR85 |
| County/Parish: | Same Defendant: | New Defendant: Ronald Gerard Yarborough |
| | Magistrate Judge Case Number | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

Juvenile: Yes ☐ No ☒   FBI# 668687KB9

Defendant Name: Ronald Gerard Yarborough   Alias Name(s): "G" and "G.R.A.M.S."

Address: _____ Ave., Chesapeake, VA

Birth Date: ___ 1977   SS#: ___ 8879   Sex: M   Race: black   Nationality:   Place of Birth: VA

Height: 6'3"   Weight: 170   Hair: black   Eyes: brown   Scars/Tattoos:

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: ___ in: ___ . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

## U.S. Attorney Information:

| AUSA: Sherrie S. Capotosto | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Heroin | 18 | Felony |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and other Controlled Substances | 4, 8, 25, 26, 32, 34 | Felony |
| Set 4 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking | 7, 9 | Felony |

JS 45 (11/2002) Reverse – continued on back

| Defendant's Name: | RONALD GERARD YARBOROUGH |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 5 | 21 U.S.C. § 843(b) | Using Communication Facilities to Cause, Commit, and Facilitate Felony Violations of the Controlled Substances Act | 56, 72, 87, 88, 91, 92, 95, 97, 99-101, 103, 106, and 108 | |
| Set 6 | 21 U.S.C. § 853 | Forfeiture Allegation | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

REDACTED

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: yes | Criminal Number: 2:16 CR 85 |
| County/Parish: | Same Defendant: | New Defendant: Brandon Anthony Stephens |
| | Magistrate Judge Case Number | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# 17359DC2 | | |
|---|---|---|---|
| Defendant Name: Brandon Anthony Stephens | | Alias Name(s): "Killa" | |
| Address: ▮▮▮▮ Street, Chesapeake, VA | | | |
| Birth Date: ▮▮-1984 | SS#: ▮▮▮1399 | Sex: M  Race: black  Nationality: | Place of Birth: NY |
| Height: 6'1"  Weight: 160 | Hair: black | Eyes: brown | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

### Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: ____ in: ____ | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |

### U.S. Attorney Information:

| AUSA: Sherrie S. Capotosto | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and other Controlled Substances | 21-24, 27, 29, 30 | Felony |
| Set 3 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking | 7 | Felony |

JS 45 (11/2002) Reverse – continued on back

| Defendant's Name: | BRANDON ANTHONY STEPHENS |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr |

## U.S.C. Citations (continued)

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 4 | 21 U.S.C. § 843(b) | Using Communication Facilities to Cause, Commit, and Facilitate Felony Violations of the Controlled Substances Act | 42-44, 46-48, 50-53, 56, 58-61, 63, 64, 67, 69-72, 74, 78, 80-86, 89, 90, 93, 94, 96, 98, 102-105, 107, and 108 | Felony |
| Set 5 | 21 U.S.C. §§ 853 | Forfeiture Allegation |  |  |
| Set 6 |  |  |  |  |
| Set 7 |  |  |  |  |
| Set 8 |  |  |  |  |
| Set 9 |  |  |  |  |
| Set 10 |  |  |  |  |
| Set 11 |  |  |  |  |
| Set 12 |  |  |  |  |
| Set 13 |  |  |  |  |
| Set 14 |  |  |  |  |
| Set 15 |  |  |  |  |
| Set 16 |  |  |  |  |
| Set 17 |  |  |  |  |
| Set 18 |  |  |  |  |
| Set 19 |  |  |  |  |
| Set 20 |  |  |  |  |

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16CR85 |
| County/Parish: | Same Defendant: | New Defendant: Detron Lashannon Jackson |
| | Magistrate Judge Case Number | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# 694228RD6 |
|---|---|
| Defendant Name: Detron Lashannon Jackson | Alias Name(s): "Bae Dollas" |
| Address: ▓▓▓ Street, Portsmouth, VA | |
| Birth Date: ▓▓ 1984   SS#: ▓▓▓-▓▓-9841   Sex: M   Race: black   Nationality:   Place of Birth: VA | |
| Height: 6'0"   Weight: 140   Hair: black   Eyes: brown   Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒   List Language and/or dialect: | |

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |

**U.S. Attorney Information:**

| AUSA: Sherrie S. Capotosto | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Heroin | 6, 13 | Felony |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and other Controlled Substances | 2, 3, 5, 8, 11, 12, 15, 20, 28, 31 | Felony |
| Set 4 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking | 9, 14 | Felony |

JS 45 (11/2002) Reverse – continued on back

| Defendant's Name: | DETRON LASHANNON JACKSON |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 5 | 21 U.S.C. § 843(b) | Using Communication Facilities to Cause, Commit, and Facilitate Felony Violations of the Controlled Substances Act | 45, 49, 54, 55, 57, 62, 65, 66, 68, 70, 73, 75-77, 79, and 99 | |
| Set 6 | 21 U.S.C. § 853 | Forfeiture Allegation | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: yes | Criminal Number: 2:16CR85 |
| County/Parish: | Same Defendant: | New Defendant: Ronald Antonio Johnson |
| | Magistrate Judge Case Number | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# 697271AC5 | | |
|---|---|---|---|
| Defendant Name: Ronald Antonio Johnson | | Alias Name(s): "Pooh" | |
| Address: ▓▓▓ Drive, Chesapeake, VA | | | |
| Birth Date: ▓▓ 1984 | SS#: ▓▓▓-0482  Sex: M  Race: black | Nationality: | Place of Birth: VA |
| Height: 5'9" | Weight: 203  Hair: black  Eyes: brown | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

## U.S. Attorney Information:

| AUSA: Sherrie S. Capotosto | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Heroin | 13 | Felony |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and other Controlled Substances | 11, 16, 17, 34, 36-38 | Felony |
| Set 4 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking | 39 | Felony |

JS 45 (11/2002) Reverse – continued on back

| Defendant's Name: | RONALD ANTONIO JOHNSON |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16 |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 5 | 18 U.S.C. §§ 922(g) and 924(a)(2) | Felon In Possession of a Firearm | 40 | Felony |
| Set 6 | 21 U.S.C. § 843(b) | Using Communication Facilities to Cause, Commit, and Facilitate Felony Violations of the Controlled Substances Act | 61 | Felony |
| Set 7 | 21 U.S.C. §§ 853 | Forfeiture Allegation | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

| | | |
|---|---|---|
| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
| City: EDVA | Superseding Indictment: yes | Criminal Number: 2:16CR85 |
| County/Parish: | Same Defendant: | New Defendant: Ajene Hamani Jordan |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

Juvenile: Yes ☐  No ☒    FBI# 102195XA4
Defendant Name: Ajene Hamani Jordan    Alias Name(s): "AJ"
Address: ▓▓▓▓▓▓▓ Virginia Beach, VA
Birth Date: ▓▓ 1976    SS#: 0▓▓ 7892    Sex: M    Race: black    Nationality:    Place of Birth: NY
Height: 5'09"    Weight: 200    Hair: brown    Eyes: hazel    Scars/Tattoos:
Interpreter: Yes ☐  No ☒    List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody         ☐ On Pretrial Release      ☐ Not in Custody
☒ Arrest Warrant Requested         ☐ Fugitive                 ☐ Summons Requested
☐ Arrest Warrant Pending           ☒ Detention Sought         ☐ Bond

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |

## U.S. Attorney Information:

AUSA: Sherrie S. Capotosto    Telephone No. 757-441-6331    Bar #: 33127

## Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and other Controlled Substances | 35, 41 | Felony |
| Set 3 | 21 U.S.C. § 843(b) | Using Communication Facilities to Cause, Commit, and Facilitate Felony Violations of the Controlled Substances Act | 92, 100 | Felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: yes | Criminal Number: 2:16CR85 |
| County/Parish: | Same Defendant: | New Defendant: Deangelo Raydel Hyman |
| | Magistrate Judge Case Number | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# 663432LB5 | | |
|---|---|---|---|
| Defendant Name: Deangelo Raydel Hyman | | Alias Name(s): "Bo" and "Safety" | |
| Address: ▓▓▓▓ Lane, Chesapeake, VA | | | |
| Birth Date: ▓▓ 1980 | SS#: ▓▓▓-▓▓-1287 | Sex: M   Race: black   Nationality: | Place of Birth: VA |
| Height: 6'0" | Weight: 210 | Hair: black   Eyes: brown | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

## U.S. Attorney Information:

| AUSA: Sherrie S. Capotosto | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking | 7 | Felony |
| Set 3 | 21 U.S.C. § 843(b) | Using Communication Facilities to Cause, Commit, and Facilitate Felony Violations of the Controlled Substances Act | 88 | Felony |

JS 45 (11/2002) Reverse – continued on back

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: yes | Criminal Number: 2:16CR85 |
| County/Parish: | Same Defendant: | New Defendant: Carlton Arnell Wilson |
| | Magistrate Judge Case Number | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# 383955EB6 | | |
|---|---|---|---|
| Defendant Name: Carlton Arnell Wilson | | Alias Name(s): "Jug" | |
| Address: ▮▮▮▮▮, Chesapeake, VA | | | |
| Birth Date: ▮▮ 1978 | SS#: ▮▮▮-9245 | Sex: M  Race: black  Nationality: | Place of Birth: VA |
| Height: 5'05" | Weight: 210 | Hair: black  Eyes: brown | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

### Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| ▮▮▮▮▮ | |
| ▮▮▮▮▮ | |

### U.S. Attorney Information:

| AUSA: Sherrie S. Capotosto | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Scott Spiegelhalter, FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin | 1 | Felony |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 | Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and other Controlled Substances | 10, 19, 33 | Felony |
| Set 3 | 21 U.S.C. § 853 | Forfeiture Allegation | | |